UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAWN VAN DER STEEG, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PRESTIGE CONSUMER HEALTH INC.,<br><br>Defendants. | Case No. 7:21-cv-11072-VB<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Dawn Van der Steeg hereby dismisses her claims against Defendant Prestige Consumer Health Inc. without prejudice.

Dated:  February 28, 2022                    Respectfully Submitted,

**BURSOR & FISHER, P.A.**

By:   */s/ Andrew J. Obergfell*
            Andrew J. Obergfell

Andrew J. Obergfell
Max S. Roberts
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile:  (212) 989-9163
E-Mail: aobergfell@bursor.com
            mroberts@bursor.com

*Attorneys for Plaintiff*

1